**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 465 EAL 2021

           Respondent                  :

                                      :   Petition for Allowance of Appeal
                                      :   from the Order of the Superior Court

           v.                              :

                                        :

RASHEED HARRIS,                     :

                                        :

           Petitioner                   :

## ORDER

**PER CURIAM**

      **AND NOW**, this 1st day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.